UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALVIN PINTOR,
Individually and on behalf of
all others similarly situated

        Plaintiff,

  v.

FALL RIVER GROUP, INC.
d/b/a FALL RIVER MANUFACTURING CO.,

        Defendant.

Case No. 17-cv-865-pp

---

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AGREEMENT, GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS (DKT. NO. 36), AND DISMISSING CASE WITH PREJUDICE**

---

On September 18, 2018, the court conducted a fairness hearing on the proposed settlement agreement. Dkt. No. 43. At that hearing, the court found the settlement agreement to be fair, reasonable and adequate. For the reasons stated by the court on the record at that hearing, the court **ORDERS**:

    1.    The court **APPROVES** the settlement agreement in its entirety, and finds that the settlement agreement meets the requirements of federal law, relevant Wisconsin law and due process.

    2.    The court **FINDS** that the settlement terms negotiated by the parties and described in the settlement agreement are a fair and reasonable resolution of a *bona fide* dispute between the defendant, the named plaintiff,

the certified Fed. R. Civ. P. 23 Class Members and the 29 U.S.C. §216(b) Collective Class Members.

3. The court **ORDERS** that Hawks Quindel, S.C. shall serve as class counsel for the certified Fed. R. Civ. P. 23 Class and the 29 U.S.C. §216(b) Collective Class.

4. The court **ORDERS** that Alvin Pintor shall serve as representative for the certified Fed. R. Civ. P. 23 Class and the 29 U.S.C. §216(b) Collective Class.

5. The court **ORDERS** that the settlement agreement is binding on the defendant, Alvin Pintor, the Collective Class, and all of the Rule 23 Class Members who have not excluded themselves.

6. The court **ORDERS** that the clerk shall enter judgment against the defendant in the total amount of $130,000.00, inclusive of attorneys' fees, dismissing with prejudice the Collective Class and Rule 23 Class Members' released claims.

7. The court **FINDS** the service award of $5,000.00 to Named Plaintiff Pintor to be fair and reasonable.

8. The court **FINDS** that the plaintiff's request for attorneys' fees in the amount of 33.33% of the settlement fund ($43,333.33) is reasonable.

9. The court **FINDS** that the plaintiff's request of costs in the amount of $1,244.84 is fair and reasonable.

10. The court **GRANTS** plaintiff's request for attorney's fees, dkt. no. 36, and **AWARDS** Hawks Quindel, S.C. a total of $44,578.17 in fees and costs.

11. Under the settlement agreement, the court **ORDERS** the defendant to make payments as provided for in the settlement agreement after application of Section IV. G(4) to Hawks Quindel, S.C. within twenty-one (21) days of the date of this order.

12. By consent of the parties, the court shall **RETAIN JURISDICTION** over the case solely to enforce the terms of their settlement agreement under the authority of Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375, 381-82 (1994).

13. The court **ORDERS** the defendant to make payments to the Class Members in the identified amounts below:

| EMPLOYEE NAME | STATUS | SERVICE PAYMENT | FLSA W2 | FLSA 1099 | WI W2 | WI 1099 | TOTAL |
|---|---|---|---|---|---|---|---|
| ABDULHAKIM,HASHIMULL | | $0.00 | - | - | $93.45 | $46.72 | $140.17 |
| ABUKAR, ABDIFATAH | Opt-In | $0.00 | $119.09 | $119.09 | $158.78 | $79.39 | $476.35 |
| ABUKAR, ABDIFATAH H | Opt-In | $0.00 | $367.12 | $367.12 | $554.88 | $277.44 | $1,566.57 |
| ABUQDAIRI, SULEIMAN | | $0.00 | - | - | $44.79 | $22.39 | $67.18 |
| ACEVEDO, PETER | | $0.00 | - | - | $7.91 | $3.96 | $11.87 |
| AGUILAR, THOMAS | | $0.00 | - | - | $34.29 | $17.14 | $51.43 |
| ALBERTS, TODD | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| ALCOSER, FRANCISCO | | $0.00 | - | - | $59.72 | $29.86 | $89.58 |
| ALLARD, DEREK | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| ALLEN, SHAQUILLE | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| ALSAFFURI, MOHANNAD | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| ANDUJAR CRUZ, ELVIN | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| ARTEAGA, RICARDO | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BACHMAN, BRODIE | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BAKKE, ZACHARIAH | | $0.00 | - | - | $56.93 | $28.46 | $85.39 |
| BALDWIN, KEITH | | $0.00 | - | - | $74.65 | $37.32 | $111.97 |
| BANKS, DAVID | | $0.00 | - | - | $29.86 | $14.93 | $44.79 |
| BARNES, MARCHELLO | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BARRETT, DOMINIC | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BEASLEY, ROBERT | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BELSHA, JR., JOHN | | $0.00 | - | - | $6.47 | $3.23 | $9.70 |

| Name | Opt-In | | | | | | |
|---|---|---|---|---|---|---|---|
| BOSANAC, BRET | Opt-In | $0.00 | $63.06 | $63.06 | $84.08 | $42.04 | $252.24 |
| BOYD, BRENNAN | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BOYD, JAYVON | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| BRITTON, DAQUANN | | $0.00 | - | - | $39.57 | $19.78 | $59.35 |
| BROWN, ISAIAH | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| BROWN, LADONAVEN | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BROWN, LEE | | $0.00 | - | - | $31.66 | $15.83 | $47.48 |
| BROWN, STEVEN | Opt-In | $0.00 | $138.04 | $138.04 | $184.05 | $92.02 | $552.14 |
| BROWN, STEVEN R | Opt-In | $0.00 | $331.35 | $331.35 | $507.37 | $253.69 | $1,423.76 |
| BRYANT-FRAZIER,JARMA | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BULANEK, JAY | Opt-In | $0.00 | $56.57 | $56.57 | $80.71 | $40.36 | $234.21 |
| BURKETT, DELAUNDRUS | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| BUTLER, KEVIN | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| CALDERON, SALVADOR | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| CANNIZZARO, ANTHONY | Opt-In | $0.00 | $75.66 | $75.66 | $100.88 | $50.44 | $302.65 |
| CANTRERAS, JOSE | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| CARDELLA, JORDAN | | $0.00 | - | - | $37.32 | $18.66 | $55.98 |
| CASTILLO-RODRIGUEZ,J | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| CAVANAUGH, CHARLES | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| CHAPMAN, JR., IRA | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| CHAPMAN, KEVIN | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| CHMIELEWSKI, BRANDAN T | | $0.00 | - | - | $17.58 | $8.79 | $26.37 |
| CIARDO, KURT | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| CINTRON, VICTOR | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| COMBS, DWAYNE | Opt-In | $0.00 | $176.61 | $176.61 | $271.78 | $135.89 | $760.90 |
| CORTES, GERALD | Opt-In | $0.00 | $383.14 | $383.14 | $569.68 | $284.84 | $1,620.80 |
| COULTER, MICHAEL | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| CUEVAS, KEVIN | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| CUNNINGHAM, STEVEN | | $0.00 | - | - | $79.14 | $39.57 | $118.71 |
| DANEK, DONALD D | | $0.00 | - | - | $868.86 | $434.43 | $1,303.30 |
| DANIEL, GLEN | | $0.00 | - | - | $12.65 | $6.33 | $18.98 |
| DARBY, VONNIE | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| DERKSEN, JACOB | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| DERKSEN, JACOB Z | | $0.00 | - | - | $140.66 | $70.33 | $210.99 |
| DILLON, QUAISAAN | | $0.00 | - | - | $31.66 | $15.83 | $47.48 |
| DUPRIEST, MONTRELL | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| ELENA-LEONARDO,ISAAC | | $0.00 | - | - | $43.54 | $21.77 | $65.32 |
| ELICERIO, BENJAMIN | | $0.00 | - | - | $37.32 | $18.66 | $55.98 |
| ELM, DANIEL | Opt-In | $0.00 | $164.57 | $164.57 | $235.28 | $117.64 | $682.06 |
| ELM, DANIEL S | Opt-In | $0.00 | $22.61 | $22.61 | $34.79 | $17.39 | $97.39 |
| ENDRES, ELLIOT | Opt-In | $0.00 | $14.23 | $14.23 | $18.98 | $9.49 | $56.93 |

| Name | Opt-In | | | | | | |
|---|---|---|---|---|---|---|---|
| ENDRES, ELLIOT A | Opt-In | $0.00 | $502.54 | $502.54 | $735.78 | $367.89 | $2,108.76 |
| ENRIQUEZ, JACOB | Opt-In | $0.00 | $149.14 | $149.14 | $229.51 | $114.75 | $642.54 |
| EPPS, DOWELL | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| ETANISLAO, JONATHAN | | $0.00 | - | - | $67.18 | $33.59 | $100.77 |
| FAIRBAIRN, JORDAN | | $0.00 | - | - | $66.34 | $33.17 | $99.51 |
| FIELDS, MARIO | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| FINDLING, III, RAYMOND E | Opt-In | $0.00 | $685.71 | $685.71 | $1,019.97 | $509.98 | $2,901.37 |
| FINDLING, RAYMOND E | Opt-In | $0.00 | $120.33 | $120.33 | $160.44 | $80.22 | $481.31 |
| FISHER, LUCAS | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| FLEENER, RYAN | Opt-In | $0.00 | $4.85 | $4.85 | $7.46 | $3.73 | $20.90 |
| FOWLER, ERIC D | | $0.00 | - | - | $619.02 | $309.51 | $928.53 |
| FUENTES, LUIS | | $0.00 | - | - | $110.80 | $55.40 | $166.19 |
| GAIL, TRAVOY | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| GALLEGOS, LUIS | | $0.00 | - | - | $13.71 | $6.86 | $20.57 |
| GAMINO, ALEJANDRO | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| GARCIA, FERNANDO | | $0.00 | - | - | $29.86 | $14.93 | $44.79 |
| GARCIA, JOSE | | $0.00 | - | - | $15.36 | $7.68 | $23.05 |
| GASTON-SANTANA, KENNETH T | | $0.00 | - | - | $95.45 | $47.72 | $143.17 |
| GEE, JEROME F | | $0.00 | - | - | $357.86 | $178.93 | $536.79 |
| GENTZ, CHRISTIAN | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| GERLOSKI, KODY | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| GILCHRIST, JEREMY | Opt-In | $0.00 | $58.21 | $58.21 | $77.61 | $38.81 | $232.84 |
| GILLIAM, BREON D.A | Opt-In | $0.00 | $509.17 | $509.17 | $743.87 | $371.93 | $2,134.13 |
| GOMEZ, ANTONIO | | $0.00 | - | - | $23.74 | $11.87 | $35.61 |
| GONZALEZ, VICTOR | | $0.00 | - | - | $39.57 | $19.78 | $59.35 |
| GRAF, CHRISTIAN J | Opt-In | $0.00 | $220.45 | $220.45 | $301.22 | $150.61 | $892.74 |
| GRZEGORSKI, DAVID | | $0.00 | - | - | $31.39 | $15.70 | $47.09 |
| GUEL, JASON JR. | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| HAGGERTY, CHARLES | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| HAMODI, USAMA | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| HEES, ROBERT J | Opt-In | $0.00 | $853.94 | $853.94 | $1,248.61 | $624.31 | $3,580.79 |
| HILL, RAYMOND | | $0.00 | - | - | $111.97 | $55.98 | $167.95 |
| HUEBNER, PEYTON | | $0.00 | - | - | $7.91 | $3.96 | $11.87 |
| HUGHES, KEVONE | Opt-In | $0.00 | $9.70 | $9.70 | $14.93 | $7.46 | $41.80 |
| HUNNICUTT, SEAN | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| IWINSKI, KEVIN | | $0.00 | - | - | $173.06 | $86.53 | $259.60 |
| JAEGER, ZACKERY | Opt-In | $0.00 | $75.91 | $75.91 | $101.21 | $50.60 | $303.62 |
| JAEGER, ZACKERY M | Opt-In | $0.00 | $203.18 | $203.18 | $287.78 | $143.89 | $838.03 |
| JOHNSON, HAROLD | | $0.00 | - | - | $13.71 | $6.86 | $20.57 |
| JOHNSTON, CASEY | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| JOINER, ISHMEAL M | | $0.00 | - | - | $75.35 | $37.68 | $113.03 |

| Name | | Amount | Amount | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|---|---|
| JOINER, ISIAH M | | $0.00 | - | - | $314.62 | $157.31 | $471.93 |
| JONES, ANTHONY | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| JONES, EVAN | | $0.00 | - | - | $97.04 | $48.52 | $145.56 |
| JONES, SHARRON | | $0.00 | - | - | $216.48 | $108.24 | $324.71 |
| JORDAN, WESLEY | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| JOVANOVIC, JOSEPH | | $0.00 | - | - | $31.66 | $15.83 | $47.48 |
| KAWA, MATTHEW | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| KHASSE, MOHAMED | | $0.00 | - | - | $167.72 | $83.86 | $251.59 |
| KHASSE, MOHAMED A | | $0.00 | - | - | $374.54 | $187.27 | $561.81 |
| KILLEBREW, GREGORY | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| KLUG, MICHAEL | | $0.00 | - | - | $89.58 | $44.79 | $134.36 |
| KNOWLES, TAYLOR | | $0.00 | - | - | $6.47 | $3.23 | $9.70 |
| KNUEPPEL, THOMAS | | $0.00 | - | - | $55.40 | $27.70 | $83.10 |
| KONCZAL, DAVID | | $0.00 | - | - | $7.68 | $3.84 | $11.52 |
| KOVATOVICH, DANIEL | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| KRACHTT, JACOB A | Opt-In | $0.00 | $605.65 | $605.65 | $885.20 | $442.60 | $2,539.10 |
| KUBENIK, JASON | | $0.00 | - | - | $23.74 | $11.87 | $35.61 |
| KURZYNSKI, BRIAN | | $0.00 | - | - | $47.48 | $23.74 | $71.23 |
| KYLES, MARQUES | | $0.00 | - | - | $23.74 | $11.87 | $35.61 |
| LAUBENSTEIN,NICHOLAS | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| LEWITZKE, DANIEL | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| LONGTINE, JOSEPH | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| LOPEZ, DANTE | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| LOPEZ, GERARDO | | $0.00 | - | - | $6.28 | $3.14 | $9.42 |
| LUDWIG, SHAWN | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| LUKE, JOHN M | Opt-In | $0.00 | $188.21 | $188.21 | $251.75 | $125.88 | $754.04 |
| LUKE, JOHN M | Opt-In | $0.00 | $3.85 | $3.85 | $5.13 | $2.56 | $15.38 |
| MANTHE, RYAN L | Opt-In | $0.00 | $681.63 | $681.63 | $993.60 | $496.80 | $2,853.65 |
| MANTHE, RYAN L | Opt-In | $0.00 | $5.34 | $5.34 | $7.12 | $3.56 | $21.35 |
| MARES, JOSE | | $0.00 | - | - | $29.86 | $14.93 | $44.79 |
| MARSHALL, KITIYAKIS | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| MARTINEZ, CRISTIAN | | $0.00 | - | - | $44.79 | $22.39 | $67.18 |
| MARTINEZ, JOSE | | $0.00 | - | - | $102.88 | $51.44 | $154.32 |
| MASON, DONTE | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| MATA, ISIDORO | | $0.00 | - | - | $253.80 | $126.90 | $380.70 |
| MATALI, HAMADI | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| MAXWELL, MONTA | | $0.00 | - | - | $6.47 | $3.23 | $9.70 |
| MAY, JOHNNY | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| MCDOUGLE, VINCENT | Opt-In | $0.00 | $24.25 | $24.25 | $37.32 | $18.66 | $104.49 |
| MCELROY, RAYVON | | $0.00 | - | - | $283.66 | $141.83 | $425.49 |
| MCGINTY, JAMES | Opt-In | $0.00 | $74.96 | $74.96 | $99.95 | $49.97 | $299.84 |

| Name | Opt-In | | | | | | |
|---|---|---|---|---|---|---|---|
| MCNEIL, MONTRELL | Opt-In | $0.00 | $180.00 | $180.00 | $255.85 | $127.93 | $743.77 |
| MCNEIL, MONTRELL L | Opt-In | $0.00 | $257.72 | $257.72 | $396.60 | $198.30 | $1,110.34 |
| MEDINA, DANIEL | | $0.00 | - | - | $25.30 | $12.65 | $37.95 |
| MEJIAS, JULIO | Opt-In | $0.00 | $133.08 | $133.08 | $204.78 | $102.39 | $573.33 |
| MEJIAS, JULIO C | Opt-In | $0.00 | $35.26 | $35.26 | $54.26 | $27.13 | $151.91 |
| MELENDEZ, JUSTIN | | $0.00 | - | - | $31.66 | $15.83 | $47.48 |
| MENDIETA, KEVIN | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| MERCADO RAMOS, JORGE | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| MERCED, JESUS | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| MILLER, MICHAEL | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| MINNICK, MATTHEW | | $0.00 | - | - | $7.68 | $3.84 | $11.52 |
| MIRO, ARTHUR | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| MOORE, ZACHARY | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| MUHAMMAD, ALIM | | $0.00 | - | - | $6.47 | $3.23 | $9.70 |
| NAVARRO, JOSUET | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| NAZARIO-VALDEZ, ANDY | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| NEAL, TYLER | Opt-In | $0.00 | $41.14 | $41.14 | $63.31 | $31.66 | $177.25 |
| NEUENFELDT, GREGORY | | $0.00 | - | - | $6.33 | $3.16 | $9.49 |
| NOGUERA, FELIX | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| OLSON, JOSHUA C | Opt-In | $0.00 | $473.11 | $473.11 | $689.32 | $344.66 | $1,980.20 |
| PARKER, KELLY | | $0.00 | - | - | $50.60 | $25.30 | $75.91 |
| PATINO MORUA, DAVID | | $0.00 | - | - | $7.91 | $3.96 | $11.87 |
| PAW, HSAR | | $0.00 | - | - | $126.62 | $63.31 | $189.94 |
| PERSON, JAKE | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| PETERS, XANDER | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| PINTOR, ALVIN | Opt-In | $5,000.00 | $48.51 | $48.51 | $74.65 | $37.32 | $5,208.99 |
| PODJASKI, STEVEN | | $0.00 | - | - | $51.74 | $25.87 | $77.61 |
| POLEZYNSKI, JULIE | Opt-In | $0.00 | $31.05 | $31.05 | $47.77 | $23.89 | $133.75 |
| PORTER, KYLE | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| POSEY, BRYANT | | $0.00 | - | - | $119.43 | $59.72 | $179.15 |
| POWELEIT, BRIAN | Opt-In | $0.00 | $9.70 | $9.70 | $14.93 | $7.46 | $41.80 |
| PULIZOS, NICHOLAS | | $0.00 | - | - | $71.23 | $35.61 | $106.84 |
| PUROL, MICHAEL | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| PURVIS, RYAN | | $0.00 | - | - | $167.73 | $83.87 | $251.60 |
| PURVIS, RYAN A | | $0.00 | - | - | $373.71 | $186.85 | $560.56 |
| QUAISAAN, DILLON | | $0.00 | - | - | $126.62 | $63.31 | $189.94 |
| RAHMAN,SHAHEED | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| RANDOLPH, ANDRE | | $0.00 | - | - | $6.47 | $3.23 | $9.70 |
| REEVES, NICHOLAS | Opt-In | $0.00 | $33.21 | $33.21 | $44.28 | $22.14 | $132.83 |
| REYES, JONABEL | | $0.00 | - | - | $23.74 | $11.87 | $35.61 |
| REYES-MORALES,ISRAEL | | $0.00 | - | - | $111.97 | $55.98 | $167.95 |

| Name | Status | | | | | | |
|---|---|---|---|---|---|---|---|
| RICHARDS, JAMES H | | $0.00 | - | - | $117.22 | $58.61 | $175.82 |
| RICHARDSON, DALLAS | | $0.00 | - | - | $52.25 | $26.13 | $78.38 |
| RISER, BRANDON | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| ROAF, DAVID | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| ROBERTS, JOSEPH | Opt-In | $0.00 | $14.23 | $14.23 | $18.98 | $9.49 | $56.93 |
| ROBINSIN-CLINTON,CLU | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| ROBLES, RAOUL | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| RODRIGUEZ, MAXIMINO | Opt-In | $0.00 | $77.61 | $77.61 | $119.43 | $59.72 | $334.38 |
| ROGER, TREMAIN | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| SALTO, JESUS | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| SANDOVAL, MICLO | | $0.00 | - | - | $63.31 | $31.66 | $94.97 |
| SANNER, PAUL | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| SANTIAGO, JOSE | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| SCHMIDT, BRIAN J. | Opt-In | $0.00 | $6.59 | $6.59 | $8.79 | $4.40 | $26.37 |
| SCHMIDT, BRIAN J. | Opt-In | $0.00 | $440.23 | $440.23 | $614.91 | $307.46 | $1,802.82 |
| SCHMITTINGER, CODY | | $0.00 | - | - | $11.93 | $5.97 | $17.90 |
| SELDERS III, BERNELL | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| SHREEVES, CHRIS | | $0.00 | - | - | $193.22 | $96.61 | $289.83 |
| SILVERA, COLLIN | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| SKENANDORE, MARIANO | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| SKINKIS, KYLE | Opt-In | $0.00 | $105.88 | $105.88 | $141.17 | $70.59 | $423.52 |
| SKINKIS, KYLE P | Opt-In | $0.00 | $426.04 | $426.04 | $636.58 | $318.29 | $1,806.95 |
| SKURZEWSKI, NICHOLAS | | $0.00 | - | - | $6.47 | $3.23 | $9.70 |
| SOBIESKI, DEAN J | Opt-In | $0.00 | $740.51 | $740.51 | $1,081.85 | $540.92 | $3,103.78 |
| SPADE, DONTAE | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| SPEARS, DEANDRE | | $0.00 | - | - | $37.32 | $18.66 | $55.98 |
| STOLZE, DANIEL | | $0.00 | - | - | $18.84 | $9.42 | $28.26 |
| TALSMA, MATTHEW G | | $0.00 | - | - | $81.63 | $40.82 | $122.45 |
| TERRONES, JOSE | | $0.00 | - | - | $23.74 | $11.87 | $35.61 |
| THANG, BIAK | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| THAO, AARON | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| THAO, KENG | | $0.00 | - | - | $47.48 | $23.74 | $71.23 |
| TINHOLT, JASON H | | $0.00 | - | - | $25.12 | $12.56 | $37.68 |
| TOMASELLO, RICHARD J | Excluder | $0.00 | - | - | - | - | $0.00 |
| TORRES, FERNANDO | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| TORRES, RICHARD | | $0.00 | - | - | $14.93 | $7.46 | $22.39 |
| TORRES-RAMIREZ, JOSE | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| TRAN, UY | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| TUCKER, TERRANCE | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| USAMA, HAMODI | | $0.00 | - | - | $15.83 | $7.91 | $23.74 |
| VALCARCEL, JONATHAN | | $0.00 | - | - | $13.71 | $6.86 | $20.57 |

| Name | | Column3 | Column4 | Column5 | Column6 | Column7 | Column8 |
|---|---|---|---|---|---|---|---|
| VALDES, MIGUEL | | $0.00 | - | - | $39.57 | $19.78 | $59.35 |
| VANG, KOU | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| VEGA, JOSHUA | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| VILLANUEVA, SALVADOR | | $0.00 | - | - | $174.11 | $87.05 | $261.16 |
| WALKER, JEROME | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| WALKER, ROBERT | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| WALTZ, MICHAEL | | $0.00 | - | - | $67.18 | $33.59 | $100.77 |
| WARD, TERRY | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| WARNER, GARY | | $0.00 | - | - | $7.46 | $3.73 | $11.20 |
| WASHINGTON, JOSHUA | | $0.00 | - | - | $182.46 | $91.23 | $273.69 |
| WEBB, DUSTIN | Opt-In | $0.00 | $125.76 | $125.76 | $167.68 | $83.84 | $503.03 |
| WEBB, DUSTIN J | Opt-In | $0.00 | $327.10 | $327.10 | $502.51 | $251.26 | $1,407.96 |
| WEISE, RINGO A | Opt-In | $0.00 | $617.33 | $617.33 | $901.50 | $450.75 | $2,586.90 |
| WHITE, EZEKIEL | | $0.00 | - | - | $23.74 | $11.87 | $35.61 |
| WHITE, ROBERT | | $0.00 | - | - | $82.11 | $41.06 | $123.17 |
| WILDER, DEAVRON | | $0.00 | - | - | $7.91 | $3.96 | $11.87 |
| WILKES, CHARLES JR. | Opt-In | $0.00 | $29.10 | $29.10 | $44.79 | $22.39 | $125.39 |
| WILKS, JASON | | $0.00 | - | - | $22.39 | $11.20 | $33.59 |
| WILLIAMS, MAURICE | | $0.00 | - | - | $136.11 | $68.06 | $204.17 |
| WINCHELL, JEREMY | | $0.00 | - | - | $237.34 | $118.67 | $356.01 |
| WOJAK-HANSON, ANDREW | | $0.00 | - | - | $39.57 | $19.78 | $59.35 |
| WOLNIK, ANDREW | | $0.00 | - | - | $6.33 | $3.16 | $9.49 |
| WORTHING, SCOTT | | $0.00 | - | - | $29.86 | $14.93 | $44.79 |
| XAYASO, DAVID | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| YANTIN, RICHARD | | $0.00 | - | - | $346.81 | $173.41 | $520.22 |
| YOUNGBLOOD, QUANGTEL | | $0.00 | - | - | $0.00 | $0.00 | $0.00 |
| TOTALS | | $5,000.00 | $11,042.22 | $11,042.22 | $26,021.33 | $13,010.67 | $66,116.44 |

14. The court **ORDERS** that the defendant shall make payment of attorneys' fees and costs, without any withholdings and to be reported on an IRS 1099 form, to Plaintiffs' Counsel, Hawks Quindel, S.C., within twenty-one days of this order, in the amount of $44,578.17.

15. The court **ORDERS** the defendant shall deliver all payments described in paragraphs 6 through 11 above within twenty-one days of this

9

order to Plaintiffs' Counsel at Hawks Quindel, S.C., Attn: Attorney Larry A. Johnson, 222 E. Erie Street, Suite 210, Milwaukee, WI 53201.

16. For any payment issued under paragraphs 6 through 11 above that becomes null and void as a result of not being delivered or cashed within ninety days of issuance, the court **ORDERS** that the defendant shall reissue payment for such amounts to the Parties' elected *Cy Pres* Recipient: The Employee Rights Advocacy Institute for Law & Policy, 2201 Broadway, Suite 310, Oakland, CA 94612. The court **ORDERS** that the defendant shall reissue such checks within thirty days after the uncashed settlement checks become null and avoid and shall provide an accounting of all *cy pres* payments, including a copy of each check written to the *cy pres* recipient, to Class Counsel within seven days of any *cy pres* payment.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE**, and without further cost to either party.

Dated in Milwaukee, Wisconsin this 1st day of October, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**